## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-00798-LTB-MJW

MICHAEL J. CRUSE, and
LETA C. CRUSE,

      Plaintiffs,

v.

SKYWEST AIRLINES, INC., a Utah corporation, and
UNITED AIRLINES, INC., a Delaware corporation,

      Defendants.

___

### ORDER OF DISMISSAL
___

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 35 - filed February 8, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                          s/Lewis T. Babcock
                          Lewis T. Babcock, Judge

DATED:  February 9, 2010